# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Appellant,
vs.
DWIGHT NEVEN, WARDEN; BRIAN
WILLIAMS, WARDEN HDSP; AND
STATE OF NEVADA PAROLE AND
PROBATION,
Respondents.

No. 75160

**FILED**

AUG 3 0 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On February 13, 2018, appellant filed a notice of appeal from the order denying a postconviction petition for a writ of habeas corpus. However, appellant has already appealed this decision, and the Court of Appeals affirmed the order of the district court. *See Braunstein v. Warden,* Docket No. 72516 (March 14, 2018, Order of Affirmance). A second duplicate appeal may not be pursued. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-34063

cc: Hon. Linda Marie Bell, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk